IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUMAN RIGHTS FIRST,**<br><br>　　　　　　**Plaintiff,**<br><br>　v.<br><br>**UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,**<br><br>　　　　　　**Defendants.** | Civil Action No. 1:22-cv-00008 |

### MOTION FOR ADMISSION *PRO HAC VICE* OF LAURA PACIFICI

Comes now, Brad Fagg, a member of the bar of the U.S. District Court for the District of Columbia, pursuant to Local Rule 83.2(d), who respectfully sponsors and moves for the admission *pro hac vice* of Laura Pacifici on behalf of Plaintiff Human Rights First. Attached in support of this motion is the Declaration of Laura Pacifici.

Dated: January 4, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP

　　　　　　　　　　　　　　By:　　*/s/ Brad Fagg*
　　　　　　　　　　　　　　　　　Brad Fagg (DC Bar No. 433645)
　　　　　　　　　　　　　　　　　1111 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　Washington, DC  20004
　　　　　　　　　　　　　　　　　Telephone:  +1.202.739.3000
　　　　　　　　　　　　　　　　　Facsimile:  +1.202.739.3001
　　　　　　　　　　　　　　　　　Email: brad.fagg@morganlewis.com

　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Human Rights First*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January 2022, a true and correct copy of the foregoing was filed electronically with CM/ECF system, which caused notification of such filing to be sent to counsel of record.