**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HUMAN RIGHTS FIRST,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,**<br><br>**Defendants.** | **Civil Action No. 1:22-cv-00008** |

**DECLARATION OF LAURA PACIFICI IN SUPPORT
OF MOTION FOR ADMISSION _PRO HAC VICE_**

I, LAURA PACIFICI, declare as follows:

1. My name is Laura Pacifici. Pursuant to LCvR 83.2(d), I certify the following.

2. I maintain an office at Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178. My telephone number is 212-309-6000.

3. I am admitted and an active member in good standing with the following courts and bars: the bar of the State of New York, the U.S. District Court for the Southern District of New York, and the U.S. Court of Appeals for the District of Columbia Circuit.

4. I have not been disciplined by any bar.

5. Within the last two years, I have been admitted to this Court _pro hac vice_ zero (0) times.

6. I certify that I am familiar with the Local Rules of this Court.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2022                          _/s/ Laura Pacifici_____
                                                Laura Pacifici, Esq.